IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSEPH SUTHERLIN, Individually and on behalf of others similarly situated,<br><br>*Plaintiff*<br>vs.<br><br>PHOENIX CLOSURES, INC.,<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Case No.  2:17-CV-489 RLM-DLP<br>)<br>)<br>)<br>) |

ORDER APPROVING SETTLEMENT

The court has reviewed the settlement agreement [Doc. No. 55-1] submitted by the parties, and finds that it is a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act, 29 U.S.C. § 219(b).  Accordingly, the plaintiff's revised motion for approval of the settlement agreement, including settlement of any claims under the Fair Labor Standards Act, [Doc. No. 55] is GRANTED.

SO ORDERED.

ENTERED:   October 10, 2018

/s/ Robert L. Miller, Jr.
Judge
United States District Court

Distribution:
All electronically registered counsel.